UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MICHAEL HAMILTON,<br><br>                Plaintiff,<br><br>   v.<br><br>CAROLINE W. COLVIN, Acting Commissioner of Social Security,<br><br>                Defendant. | Case No. 12-6046 BHS-KLS<br><br>REPORT AND RECOMMENDATION |

This matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule MJR 4(a)(4) and as authorized by <u>Mathews, Secretary of H.E.W. v. Weber</u>, 423 U.S. 261 (1976).  This matter is before the Court on the stipulated motion for remand. (ECF 14).  After reviewing the parties' stipulated motion and the remaining record, the undersigned recommends that the Court grant the parties' motion, and remand this matter to the Commissioner for further proceedings.

This Court recommends that on remand, the Administrative Law Judge (ALJ) will hold a new hearing and issue a new decision.  The ALJ will address Dr. Michael Regrets's opinion regarding the claimant's ability to perform routine tasks for two hours at a time.  The ALJ will address Mark Anderson's testimony.

///

REPORT AND RECOMMENDATION - 1

In light of the above findings, the ALJ will formulate a new RFC and obtain updated vocational expert testimony addressing step five.

Judgment should be entered for Plaintiff, and this case closed.

Given the fact of the parties' stipulation, the Court recommends that the District Judge immediately approve this Report and Recommendation and order the case **REVERSED** and **REMANDED.** A proposed order accompanies this Report and Recommendation.

DATED this 23rd day of April, 2013.

Karen L. Strombom
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2