1
2
3
4
5
6
7
8
9
10
11

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MICHAEL HAMILTON,

                             Plaintiff,

    v.

CAROLYN W. COLVIN, Acting
Commissioner of Social Security,

                       Defendant.

Case No. 12-6046 BHS-KLS

ORDER ADOPTING REPORT
AND RECOMMENDATION

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

      This matter comes before the court on the Report and Recommendation of Magistrate Judge Karen L. Strombom (Dkt. 15) recommending that this case be remanded, based on the stipulation of the parties (Dkt. 14).  It is therefore ORDERED

      (1)  The Court ADOPTS the Report and Recommendation; and

      (2)   The Court REVERSES and REMANDS for further administrative proceedings.

      DATED this 24th day of April, 2013.

                                              BENJAMIN H. SETTLE
                                          United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION