UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MICHAEL HAMILTON,

                          Plaintiff,

        v.

CAROLYN W. COLVIN, Acting
Commissioner of Social Security,

                          Defendant.

Case No. 12-6046 BHS-KLS

ORDER ADOPTING REPORT
AND RECOMMENDATION

        This matter comes before the court on the Report and Recommendation of Magistrate

Judge Karen L. Strombom (Dkt. 15) recommending that this case be remanded, based on the

stipulation of the parties (Dkt. 14).  It is therefore ORDERED

        (1)  The Court ADOPTS the Report and Recommendation; and

        (2)   The Court REVERSES and REMANDS for further administrative proceedings.

        DATED this 24th day of April, 2013.

                                    _____
                                    BENJAMIN H. SETTLE
                                    United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION